FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2022

No. 04-22-00363-CR

Anthony **SALINAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR10247
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

After we granted Appellant's first motion for a sixty-day extension of time, Appellant's brief was due on October 17, 2022.  Before the once-extended due date, Appellant filed a motion for another sixty-day extension of time to file the brief.

Appellant's motion is GRANTED IN PART.  We ORDER Appellant to file the brief not later than November 16, 2022.  *See* TEX. R. APP. P. 38.6(d).

**No further extensions of time to file Appellant's brief will be granted absent extraordinary circumstances**.  Heavy trial and appellate caseloads, without more, are not extraordinary circumstances.  *See McIlhargey v. Hager*, No. 13-21-00288-CV, 2022 WL 1251061, at *3 (Tex. App.—Corpus Christi–Edinburg Apr. 28, 2022, pet. denied) (mem. op.); *Hubbard v. State*, 649 S.W.2d 167, 169 (Tex. App.—Dallas 1983, no pet.).

If Appellant fails to file the brief as ordered, we will abate this appeal and remand the cause to the trial court for an abandonment hearing.  *See* TEX. R. APP. P. 38.8(b)(2), (3); *Samaniego v. State*, 952 S.W.2d 50, 52–53 (Tex. App.—San Antonio 1997, no pet.).

_____
Patricia O. Alvarez, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court